# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2020

160183(46)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ORAS TAYLOR, Personal Representative of the
ESTATE OF EFFIE TAYLOR,
          Plaintiff-Appellee,

v

SC: 160183
COA: 338801
Oakland CC: 2015-147003-NH

UNIVERSITY PHYSICIAN GROUP, LEGACY
SHGD, VHS SINAI GRACE HOSPITAL, INC.,
TENET HEALTHCARE CORPORATION, VHS
OF MICHIGAN, INC., VHS PHYSICIANS OF
MICHIGAN, DMC LAHSER AMBULATORY,
and DMC LAHSER CAMPUS,
          Defendants,

and

FRANKLIN MEDICAL CONSULTANTS, PC,
and MANUEL SKLAR,
          Defendants-Appellants.

_____/

On order of the Court, the motion for reconsideration of this Court's March 27, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2020



Clerk

p0720